# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **DEVON DRAPER,** Defendant. | CR 18-63-GF-BMM <br><br> ORDER |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 131). For good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture action in the above-captioned case is DISMISSED with prejudice.

DATED this 24th day of April, 2019

_____
Brian Morris
United States District Court Judge